Rico Antwan FAIR, Petitioner—
Appellant,

v.

Patricia R. STANSBERRY, Warden,
Respondent—Appellee.

No. 10–7665.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2011.

Decided: May 31, 2011.

Rico Antwan Fair, Appellant Pro Se.

Before KING, SHEDD, and DIAZ,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Rico Antwan Fair, a federal prisoner,
appeals the district court's order denying
relief on his 28 U.S.C.A. § 2241 (West
2006 & Supp.2010) petition. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Fair v.
Stansberry,* No. 1:10–cv–01025–LO–JFA
(E.D. Va. filed Oct. 26, 2010; entered Oct.
27, 2010). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*